UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

JURY TRIAL DEMANDED
*FRCP - 38, FRCP - 49, FRCP - 48*
*7TH AMENDMENT*

Greenhouse Irrevotrust Ucconethreeoeight
Plaintiff

Vs.

DAVID FOLEY,   (SEIU LOCAL 509, a labor organization; individually and in his official capacity)
DR. ROBERT P. FRANK, (President, individually and in his official capacity Judge Baker Children center)
DR. ASSAAD SAYAH,   (individually and in his official capacity Cambridge Health Alliance)
"NARV" NARVEKAR,   (Harvard Management Company, INC N.P. individually and in his official
Defendants

Ha Nguyen McNeill,  Transportation security administration(TSA)
Kristi Noem,   Secretary of Homeland Security
Marco Rubio,   U.S. Secretary of State
Ritchy St. Charles,   Rockland trust
Defendants ( Injunction relief)

I.  COMPLAINT FOR DAMAGES CIVIL RIGHTS CONSPIRACY *(42 U.S.C. § 1981, 1985(2), 1985(3)*
AND INTENTIONAL TORTS, RE - CONSTRUCTION ERA CIVIL RIGHTS CONSPIRACY, ACT OF 1866, THE ENFORCEMENT ACT OF 1870, AND THE KU KLUX KLAN ACT OF 1871 ABUSE OF PROCESS, RICO- ACT 18 U.S.C. §1962(C), 18 U.S.C § 1962(D), 18 U.S.C. § 1964(C), 18 U.S.C. § 1961, 18 U.S.C. § 1962(a)

**MANDATORY REPORTING (28 U.S.C. § 535)**, *U.S. ATTORNEY'S OFFICE AND HHS INSPECTOR GENERAL (OIG) have a "DUTY" to investigate allegations of fraud against the government.*

II.  JURISDICTION AND VENUE
    A. SUBJECT MATTER JURISDITION

### *(FEDERAL QUESTION)*

1. Federal Question (28 U.S.C. § 1331): This action arises under the Constitution, laws and treaties of the United States. The claims presented herein invoke the "Arising Under" clause of Article III, as the Plaintiff seeks redress for the systemic deprivation of fundamental rights secured by the Fourth, Thirteenth, and Fourteenth Amendment to the U.S. Constitution.

2. Civil Rights and Elective Franchise (28 U.S.C. § 1343):
This Court has original and exclusive jurisdiction to redress the deprivation, under color of State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution. Basis, The Defendants engaged in a 42 U.S.C.§ 1985(3) Conspiracy to deprive the Plaintiff, a Black father, of the " equal protection of the laws" and "equal privileges and immunities" by enforcing a "Modern Black Code" (M.G.L. c. 119, § 51B) that resurrects the post - Civil war *"APPRENTICESHIP"* SYSTEM of seizing Black children for labor/profit.

3. Racketeer Influenced and Corrupt Organizations (18 U.S.C. § 1964(c)), This Court has jurisdiction over the Civil RICO claims. The Plaintiff alleges that defendants SEIU Local 509, Harvard University, and Judge Baker Children's Center constituted an " Associated - in- fact Enterprise" engaged in a pattern of racketeering activity, specifically Wire Fraud (18 U.S.C. § 1343) involving the fraudulent transmission of Title IV-E claims across state lines.

4. Declaratory Judgment Act (28 U.S.C. § 2201-2202), An actual substantial, and justiciable controversy exists between the parties regarding the constitutionality of the State Statute and the validity of the "Ghost Warrant." on March 16th, 2024 The Plaintiff seeks a declaration of rights and further relief to terminate ongoing constitutional injury.

5. B. SUPPLEMENTAL JURISDICTION (28 U.S.C. § 1367(a), this Court has mandatory supplemental jurisdiction over the state-law claims (Violation of Massachusetts Declaration of Rights Articles 10,12, & 14; Fraud; Intentional Tort. These claims are so "inextricably intertwined" with the federal constitutional claims that they form part of the same "Gordian Knot" of liability. The federal "title IV-E Fraud" cannot be adjudicated without determining the validity of the underlying state "NO-WARRANT" policy.

6. C. VENUE (28 U.S.C. § 1391(b)(1) and (2) because: Proper Venue, Venue is proper in the District of Massachusetts under 28 U.S.C. § 1391(b)(1) and (2) because all institutional Defendants (Harvard, SEIU 509, CHA) reside or are headquartered within this judicial district.

7. LOCUS OF THE CONSPIRACY: A substantial part of the events or omissions giving rise to the claim occurred in this district, specifically.
    a. The Unlawful Seizure at 1st and Bow Street, Cambridge, MA.
    b. The Fraudulent " Screening-in" at Judge Baker Children's Center *(Boston/Waltham)*.
    c. The Negotiation of the illegal Contracts by the Union in Marlborough/Boston.
    d. The Release of Fraudulent $2.12 Billion in frozen federal Title IV funds to Harvard University on September 3, 2025 by Federal Court *(JUDGE ALLISON BURROUGHS)*, in Boston.
    e. Appellate oversight and related case jurisdiction.

8. "Related Case" Mandate: Venue is further mandated by the "Law of the Case" doctrine. This action is directly related to *Connie v. City of Cambridge (1:25-cv-12075-ADB)*, where the Liability of the Enterprise has already been established by Clerk's Entry of Default October 21st, 2025, Liability was Clearly Established, USMC RED STAMP CERTIFIED. Judicial economy requires that this action be heard in the same forum to enforce the preclusive effect of that Default Judgment. No extraordinary circumstances exist to justify the surrender of this mandatory federal jurisdiction. Mandatory Review by Appeals Court (First Circuit case No. 25-2064): This Court's jurisdiction and venue are further mandated by existence of related appellate proceedings. The Plaintiff has previously filed a Petition for writ of mandamus in the United States Court of Appeals for the First Circuit (Case No. 25-2064) concerning the handling of the underlying factual findings (the Default Judgment) in the related case, *Connie v. City of Cambridge* (Case No. 1:25-cv-12075-ADB).

9. Judicial Economy Mandate: The appeals Court's assertion of jurisdiction over the procedural handling of the initial default creates a judicial imperative for this Court to retain jurisdiction over the instant RICO Enterprise claim.

10. Pursuant to *Moses H. Cone Memorial Hospital v. Mercury Construction Corp; 460 u.s. 1, 28 (1983)*, the avoidance of "piecemeal litigation" and the interest of judicial economy demand that this Court consolidate all claims arising from the same unconstitutional *"No warrant" enterprise.* However, venue in this Court is necessary to ensure the effective implementation of any future *Appellate Mandate* concerning the entire Enterprise.

## NOTICE OF CONSTITUTIONAL CHALLENGE *UNDER SUPREMACY CLAUSE ARTICLE VI, MASSACHUSETTS GENERAL LAWS CHAPTER 119, SECTION 51B, 51A AS APPLIED*

(Filed Pursuant to Federal Rule Of Civil Procedure 5.1, 5.1(b), The Mandatory "Certification" duty 28 U.S.C.§2403(b) For Violation of the Fourth Amendment, Fourteenth Amendment, And Due Process Under the Constitution for none- judicial authority approval

## NOTICE OF SUPPLEMENTAL CONSTITUTIONAL CHALLENGE THE MASSACHUSETTS DECLARATION OF RIGHTS (ARTICLES 10, 12, & 14)

*Being duly sworn or affirmed, under penalty of perjury, deposes and says: Greenhouse Irrevotrust Ucconethreeoeight in Propria persona,* who is the plaintiff and made this herein Complaint in accordance with the state of ANY STATE LAWS and Federal Rules Of Civil Procedures Laws and rules. Plaintiff Greenhouse Irrevotrust Ucconethreeoeight is a BENEFICIARY of the Preamble and Constituent member of the posterity of the Constitution, and is a protected class under the Original Fourteenth Amendment, Congress Re-Construction Act. " I come with *"Clean Hands"* because I am a victim of a crime, not a perpetrator. I followed the rules *(Default, Mandamus, Service).* The defendants are the ones with *'Unclean Hands'* because they are operating a RACKETEERING ENTERPRISE and hiding evidence."

**THE "GORDIAN KNOT" OF LIABILITY: MANDATORY CONSOLIDATION,** The Plaintiff asserts that the three pending federal actions (*Connie v. City of Cambridge (Default), Greenhouse Irrevotrust Ucconethreeoeight v. Carroll (Obstruction), and Greenhouse Irrevotrust Ucconethreeoeight v. SEIU/Harvard/ Cambridge Health Alliance (RICO)* same transaction and occurrence. 1:25-cv-12075-ADB, Case No. 1:25-cv-13050-SDE, and Appellate Case No. 25-2064)

COMENOW the Plaintiff, Greenhouse Irrevotrust Ucconethreeoeight, in Propria Persona, and files this Complaint against Defendants SEIU Local 509 (Service Employees International Union), Harvard Management Company, INC N.P

**III. PRELIMINARY STATEMENT: THE SYSTEMIC CONSPIRACY,** The Unified conspiracy, This action exposes the third pillar of a systemic conspiracy to deprive the Plaintiff of his constitutional rights. The Defendant Union is the architect and policy enforcer of the employment policies that enabled the violations adjudicated in the related federal actions.

> PLAINTIFF'S RICO CASE STATEMENT AND MEMORANDUM OF LAW: THE "TITLE IV-E FRAUD" ENTERPRISE *(pursuant to 18 u.s.c § 1961 et seq. And local rule 116.1)*

11. **The Entities :** The Enterprise is an "association -in-fact" comprised of:
    a. **The Enforcers:** Cambridge Health alliance (CHA) & Cambridge Police (Seizure & Medical Cover).
    b. **The Gatekeepers:** Judge Baker Children's Center (JBCC) 7 Dr. Robert P. Franks *( Hotline Screening & Intake ).*
    c. **The Architects:** SEIU Local 509 & David Foley *(Policy & Contract Enforcement Collective Bargaining for Caseworkers and Policy writing and enforcement ).*
    d. **The Beneficiaries:** Harvard University *( Funding, Training Medical staff for CHA, & Legitimacy).*
12. **The Structure:** The Enterprise operates as a closed loop.
    a. Step 1: Police/Cambridge Health Alliance seize the child without a warrant.
    b. Step 2: Judge Baker Children's Center (operating the Hotline) "rubber stamps" the fraudulent report to "screen in" the case, bypassing statutory verification requirements.
    c. Step 3: DCF ( staffed by the UNION SEIU LOCAL 509 members) opens the case to trigger federal billing.
    d. Step 4: Harvard (via Cambridge Health Alliance affiliation) and Union collect the financial proceeds.
13. **The Common Purpose:** To maximize revenue ( Title IV-E and Medicaid) by processing a high volume of child removals through a "fast-track" system that systematically bypasses the Fourth Amendment warrant requirement .

## IV. LIST OF MATERIAL WITNESSES

14. Pursuant to the discovery obligations of the Federal Rules of Civil Procedure, the Plaintiff hereby names the following individuals as Material Witnesses who possess *"FACTS"* necessary to prove the *RICO ENTERPRISE, CONSPIRACY, AND FINANCIAL FRAUD ALLEGED IN THIS COMPLAINT.*

   a. Witnesses to the Judicial Obstruction and Conflict, These witnesses are required to testify regarding the judicial actions taken to shield the Enterprise's financial nexus and resulting violation of the plaintiff's civil rights. Judge Allison D. Burroughs Presiding District Judge in Case No. 1:25-cv-12075-ADB. Required to testify only regarding the purpose and intent behind issuing Order ECF 61; the systematic denial of Plaintiff's motions; and her relationship with the financial nexus of defendants Harvard University and its affiliates. The plaintiff asserts that her official actions, specifically Order ECF 61 and the docket record of systematic motion denials, constitute admissible public records and facts subject to mandatory Judicial Notice (FRE 201), FRE 803(8). Judge Allison Burroughs, Andrea Campbell: is named as a material witness to the RICO Enterprise solely for the purpose of submitting these official judicial records as conclusive evidence of the judicial obstruction.

   b. Witnesses to the conspiracy and racketeering *(The Enterprise)*, These witnesses are required to testify regarding the Title IV-E Wire Fraud, the financial flows to Harvard and SEIU, Cambridge Health Alliance, Judge Baker Children's center and the enforcement of the unconstitutional custom:
      1. Yi-An Huang: City Manager, CHA Policy Maker, Link to Harvard
      2. Christine Ellow: Cambridge Police Commissioner, First hand Knowledge of white supremacy in the police ranks.
      3. Judith Carroll: Attorney for Capplis Firm for Cambridge Health Alliance Know of the evidence for the Title -IV Fraud (obstruction)
      4. Dr. Assad, et al.: CEO- Cambridge Health Alliance, access to give Harvard funding
      5. Jennifer Vail: Medical staff at Cambridge Health Alliance involved in March 16th, 2024, seizure assessment.
      6. Hana Sarah Fils-Aime: JBCC Screening Personnel
      7. Maria Garcia: JBCC Screening Personnel
      8. David Foley: SEIU Local 509 Leadership, current official with knowledge of state contracts.
      9. Sean Cappis: Attorney for Judith Carroll, Timothy Malley, and Cambridge Health Alliance first hand of records of title IV fraud and Obstruction
      10. Timothy Malley: Cambridge Health Alliance first hand of records of title IV fraud and Obstruction
      11. Franziskus Lepionka: City Attorney First hand knowledge of 49 police officers on the Brady list for the State of Massachusetts

12. Andrea Campbell:  State Attorney General (AG)

c. Witnesses to the Obstruction of justice (defense counsel), These individuals are required to testify as to their personal knowledge of the underlying conspiracy, the crafting of the Affiliation Agreements, and their role in obstructing federal justice:

1. Sean Capplis, Esq.
2. Timothy Vaughan Malley, Esq.
3. Franziskus Lepionka, Esq.
4. Joseph Posner, Esq.
5. Wilmer Cutler Pickering Hale and Dorr LLP (Representative): Attorneys involved in drafting or reviewing the financial agreements between Harvard and Cambridge Health Alliance.
6. William "Bill" f. Lee, Esq.
7. Seth P. Waxman, Esq.

## III. THE PREDICATE ACTS OF RACKETEERING, STATEMENT OF FACTS

(16). Pattern of Wire fraud (18 u.s.c. § 1343), The Scheme. The Defendants systematically seized children without warrants and electronically transmitted claims for reimbursement to the U.S. of Department Health and Human Services (HHS). The Judge Baker Children's Center Nexus, On the Date of March 16th, 2024 Plaintiff's injury, Judge Baker Children's Center staff members agent #1 Hana Sarah Fils- Aime role, The agent who handled the second 51A petition ( Petition # 4420746) at approximately 2:51 PM. (17). She processed the request for a warrant independently of the police, despite lacking personal knowledge, and "rubber stamped" the narrative to trigger the seizure. #2 Maria Garcia role, The agent who took the initial report/call at 11:16 AM on March 16, 2024. (18). However Maria Garcia processed the first report (51A petition # 4420755) cleared by pro EMS Paramedics but still "screened it in" this is a fact.

(19). Maria Garcia, and Hanasarah Fils-Aime, filed the second report (51A petition # 4420746), both Petitions for the same minor-child this is the double billing of the Federal Government for the same child, Cambridge Health Alliance charged the Federal Government for two forensic sexual exams when it only performed one at approximately 1pm, Dr. Joshua Muller cleared the minor child of any injury or neglect. How does Plaintiff know this while Greenhouse Irrevotrust was in detention False Imprisonment by Cambridge Health Alliance Security staff and The City of Cambridge Police department who has 49 officers on the Brady list which one was only relieved of his duty, due to the facts of sexual Harassment allegations. Dr. Joshua Muller came and said there was nothing wrong with your daughter being good and healthy. Despite this finding Cambridge Health Alliance along with the City of Cambridge decided to write in a 51A petition two of them, along with a sworn Affidavit to the Boston Juvenile Court and police Report that the city police and the medical staff seized the child from 15725 west belmont dr. Casa Grande Arizona 85194. However this was far from the truth, the Judge Baker Screening Service agents helped to fulfill this false lie by electronically transmitting the Rubber Stamp Bypass needed a Home address of the seizure to take place at the home address to trigger the title IV funding. In this RICO

Claim lawsuit, Plaintiff is asserting that Judge Baker Screening Service, initial screening is not neutral assessment, but the knowing, intentional first Overt Act designed to initiate this unconstitutional removal and the subsequent Title IV-E revenue stream, to fraud the Federal Government. Cambridge Health Alliance was never at 1st and Bow st but However, not only that it stated in the police Report affidavit the one that Judge Allison Burroughs ignored in the complaint to act in concert with Cambridge Health Alliance, and the City of Cambridge that Cambridge Medical staff seized the minor child from 1st and Bow st at 11:16am on March 16th, 2024 came in first petition was filed with Judge Baker Screening service at 12:41pm petition # 4420755 acting as employees of Judge Baker Children's Center, knowingly transmitted fraudulent data via the Massachusetts Child Abuse Emergency Line. By 'screening in' reports they knew were legally defective (lacking allegations of abuse), they committed Wire Fraud to satisfy their employer's state contract quotas. (20). "Under Dr. Franks' policy electronically transmitted a "Screened - In" 51A Report to DCF. This transmission was a fraudulent act because it certified "reasonable cause" existed when, in fact, the child had been medically cleared by paramedics.
(21). This electronic act was the "trigger" that converted an illegal kidnapping into a billable federal case on March 16th, 2024. However the electronic phone transmission and computer downloaded documents from the computers from Cambridge Health Alliance and the City of Cambridge Police department came from and took place from 1493 Cambridge st. Cambridge, MA 02139. (22). The allegation: Judge Baker Children Services is sued as a private entity and a central " Association-in-fact" member of the RICO Enterprise. (23). The Motive, as a private entity, their motive is financial (securing contracts and funding). Their participation in the conspiracy was driven by private, financial gain, making them a true racketeering actor. (24). THE JUDICIAL ACT OF OBSTRUCTION UNDER COLOR OF LAW: On October 31st, 2025 of ECF 61, the presiding District Judge in the related action with Defendant Cambridge Health Alliance who is a Defendants in now three lawsuits ( Case No. 1:25-cv-12075-ADB), where defense attorneys, Timothy Malley, and Judith Carroll, Franziskus Lepioka filed Frivolous MTD'S, and extensions in bad faith to hide conceal evidence from going to Discovery phase so that the case can be trial on the merits. (25). However on October 22nd, Franziskus Lepioka filed ECF 54 a late MTD after the Pleadings was closed to file an responsive answer that violated D-Mass Local rules to try to have the Plaintiff Greenhouse Irrevotrust Ucconethreeoeight case dismissed so that the defendants, The City of Cambridge, Cambridge Health alliance can still get Title IV funding to support Harvard University, UNION SEIU LOCAL 509.  (26). Judge Allison Burroughs granted the ruling within 3 hours of the ECF 54 being filed on October 22nd, 2025 the MTD request the same day never giving Plaintiff a legal constitutional right to defend and prosecute his case in an opposition to the D-Mass local Rule violation of the MTD, this is a major Due Process violation Under the 14th Amendment. However Judge Allison Burroughs never showed any remorse or sympathy for the Plaintiff she help abuse him to add to his injuries by the defendants Cambridge Health Alliance and the defense counsels Timothy malley, Judith Carroll and  Franziskus Lepioka to run rough shot of litigation abuse that violated the Massachusetts article 14 Bill of rights and the 14th Amendment. (27). No card Oath holding Attorney files four MTD'S on the same Pleadings in the same lawsuit this is violation of FRCP  Rule 12(g)(2) requires a

party that makes a Rule 12 motion ( such as a motion to dismiss) to include all defenses and objections then available to them. And objections then available to them. It states that a party must not make another motion under Rule 12 raising any defense or objection that was available to the party but omitted from its earlier motion. (28). Every Application of Process Plaintiff filed ( Case No. 1:25-cv-12075-ADB), Judge Allison Burroughs "DENIED" every Motion the defense counsel's filed in ( Case No. 1:25-cv-12075-ADB), Judge Allison Burroughs "GRANTED". This Order was an unprecedented and procedurally irregular from the liability established by the Clerk's Entry of Default (ECF 56), *SEE EXHIBIT #1 FOR STATEMENT OF FACTS MEMORANDUM OF LIABILITY FOR THIS COMPLAINT IS ALREADY CLEARLY ESTABLISHED AND 12(C) MOTION JUDGMENT ON THE PLEADINGS AND DEFAULT ENTRY BY CLERK AND USMC RED STAMP CASE NO. 1:25-CV-12075-ADB* (29). INSTITUTIONAL KNOWLEDGE OF RACIAL DISPARITIES, HARVARD'S ADMISSION OF SYSTEMIC FAILURE: Defendant Harvard University cannot claim ignorance or good faith regarding the unconstitutional and racially discriminatory nature of the Massachusetts child welfare system. (30). Harvard's own scholars have confirmed that Black children are disproportionately overrepresented in Massachusetts DCF custody cases and have contributed to understanding the systemic causes of these disparities. (31). Published proof of knowledge, this institutional knowledge was formalized in a seminal study published by faculty members from various Harvard departments on June 17, 2024. (32). The authors include Lawrence D. Bobo, Cornell William Brooks, Andrew Manuel Crespo, Will Dobbie, Sharad Goel, Muhammad, and Sandra Susan Smith. (33). The publication of this research, which details the practice of aggressive, warrantless seizures, and unlawful detention, false imprisonment like that happened to Plaintiff on March 16th, 2024 at Cambridge Health Alliance located at 1493 Cambridge st, Cambridge, MA 02139 was detained by the medical staff police in white coats that was medically trained to do the Forensic Testing on Plaintiff minor child without Judicial Authority or Plaintiff consent, and certified at 25 Shattuck street, Boston, MA 02115 Harvard Medical school that is funded by Cambridge Health Alliance. (34). Provides conclusive evidence that the University had institutional knowledge of the constitutional violations endemic to the system. (35). Despite the explicit findings of its own faculty condemning the racist seizure custom, Harvard University chose to maintain and profit from its financial and medical affiliation with Cambridge Health Alliance. (36). Cambridge Health Alliance is the entity that executed the warrant-less medical assessment tied to the Plaintiff's child illegal seizure on March 16th, 2024. (37). The June 17, 2024, Harvard faculty research documenting the exact racial disparities and unconstitutional customs alleged in the Complaint. Harvard's willful malice is established by its decision to continue profiting from the Enterprise (via CHA) despite its own experts warnings. (38). The DCF report/affidavit admission that there was " no reason to take the child" and the police report admission that is filed in federal court *CASE NO. 1:25-CV-12075-ADB ECF # 1 with exhibit #2,* that the reason was the Plaintiff being "from out of state". (39). This proves malice and class-based animus *(discrimination against out-of-state parents),* fulfilling the requirement for the 42 U.S.C. § 1985(2)(3), KKK ACT. (40). Double-billing of Title IV-E funds by the City of Cambridge/Cambridge Health Alliance with the other knowledge of named Judge Baker Screening Service agents. (41). This provides

concrete evidence of the financial motive, transforming the case from a constitutional tort into a federal crime. However the facts of the conspiracy are established by the default in Case #1 and reinforced by specific, sworn allegations of Wire Fraud and Constitutional violations. **THIS FEDERAL COURT CANNOT DISMISS A CASE BUILT ON ITS OWN PRIOR DOCKET ENTRIES.**

## IV. CAUSES OF ACTION: THE RECONSTRUCTION ERA CLAIMS.

**COUNT I. VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ( 18 U.S.C. § 1962(C),** Plaintiff incorporates all preceding paragraphs. The Institutional Defendants, Harvard University, Cambridge Health Alliance, Judge Baker Children's Center, and SEIU Local 509, have a *"meeting -of-the-Minds" Griffin v. Breckenridge, 403 u.s. 88 (1971)*, constituting a unified " Association-in-Fact Enterprise." This Enterprise engages in a pattern of racketeering activity to secure illicit financial gain through the monetization of child seizure. Predicate acts (Wire Fraud): The Enterprise committed and continues to commit numerous acts of wire Fraud (18 u.s.c. § 1343) by systematically filing fraudulent claims for federal Title IV-E funds. This includes the specific act of double-billing the federal government for the same child, initiated by the knowing actions of the JBCC Screening Service and executed by the City of Cambridge and Cambridge Health Alliance. Predicate Acts (Obstruction of Justice): The Enterprise committed acts of Obstruction of Justice (18 u.s.c. § 1503), proven by judicial act of issuing Order ECF 61 and systematic denial of Plaintiff's motions under the color of law, with the specific intent to shield the financial integrity of the Enterprise. Remedy, plaintiff demands Treble damages pursuant to 18 u.s.c. § 1964(c) against all Defendants.

**COUNT II: RICO CONSPIRACY (18 U.S.C. § 1962(D),** The defendants, including the private entities Harvard University, JBCC, and SEIU Local 509, Cambridge Health Alliance, agreed to commission of the predicate acts and knowingly participated in the Enterprise's overall objective: the unconstitutional, racially disparate seizure of Plaintiff minor-child and his unlawful detention and False Imprisonment Fourth Amendment Violation, at Cambridge Health Alliance Located at 1493 Cambridge St, Cambridge, MA 02139, on March 16th, 2024, for financial gain. The conspiracy is evidenced by SEIU Local Collective Bargaining Agreement (CBA), which contracts for the streamlining of seizures by bypassing warrant requirements, and the Harvard financial nexus which provided the institutional protection necessary for the fraud to operate.

**COUNT III: VIOLATIONOF 42 U.S.C. § 1983**(Warrantless Seizure, Due Process, and Access to Courts), All Defendants, acting under color of state law (due to governmental function performed by CHA and JBCC), deprived the Plaintiff of rights secured by the U.S. Constitution. Fourth Amendment, The warrantless seizure of the child, admitted

by the defendants' prior Default Clearly Established in case# *1:25-CV-12075-ADB ECF #56*, was conducted without probable cause, based on the malicious pretext of the plaintiff being "from out of state," and was executed via the JBCC screening trigger which unlawfully bypassed the warrant clause. Fourteenth Amendment (Procedural due process/access to Courts), The systematic denial of motions and issuance of Order ECF 61 by the District Judge constitute a deliberate act of judicial obstruction that violated the Plaintiff's constitutional Right of Access to the Courts, causing immediate harm.

COUNT IV: VIOLATION OF 42 U.S.C. § 1985(3) (CONSPIRACY TO DEPRIVE EQUAL PROTECTION), The Defendants engaged in a conspiracy to deprive the Plaintiff, a Black father, of the equal protection of the laws with class-based, invidious discriminatory animus that echoes the oppression of the Reconstruction Era. Class-Base Animus, The conspiracy targeted Black Plaintiff Greenhouse Irrevotrust Ucconethreeoeight under the color of law to facilitate the Title IV-E revenue scheme, utilizing the systemic racial disparities documented by Harvard's own research. This act is a contemporary resurrection of the Black Codes, designed to profit from the deprivation of familial and economic rights of Black plaintiff Greenhouse Irrevotrust Ucconethreeoeight. Injury, The Plaintiff was deprived of the full Privileges and Immunities of Citizenship and the equal protection of the laws, which entitles him to redress under this Act.

COUNT V: VIOLATION OF 42 U.S.C. § 1985(2) (OBSTRUCTING THE DUE COURSE OF JUSTICE), The Defendants conspired to deter the Plaintiff from attending court and to obstruct the due course of justice in a federal court with the intent to deny the Plaintiff the equal protection of the laws. Overt Acts of Obstruction, This conspiracy is proven by the acts of the Attorneys, who are named as Material Witnesses, in filing frivolous motions, the acts of DCF agents in filing fraudulent petitions, and the ultimate act of judicial obstruction Order ECF 61, by the former presiding judge and I am quoting Judge Allison Burroughs ruling the defendants has an Constitutional Right to violate Clearly Established Law to defend their article 14 of the Bill of Rights Violations and no warrant policies or affirmation of Oath to violate the 4th amendment. All designed to shield the financial flow of the Enterprise from federal scrutiny like the $2.6 Billion dollar Ruling to give Harvard Released Federal Title IV funds on date September 3, 2025, The Trump Administration froze $2.6 billion in federal research grants to Harvard, citing concerns over governance, diversity programs, and alleged antisemitism. However this co-exists with the Plaintiff Federal Civil Rights Lawsuit filed on July 24, 2025 for Title IV fraud with CHA/City of Cambridge who are affiliated with Harvard University. However 42 u.s.c § 1985(3) *(Griffin v. Breckenridge, 1971),* Allows civil suits conspiracies motivated by racial or class-based animus. Antisemitic conspiracies fall under this statute, this is why the plaintiff Civil Rights case was getting Scrinized by the Federal Court Judge Allison Burroughs.

COUNT VI: VIOLATION OF 42 U.S.C § 1986 (FAILURE TO PREVENT CONSPIRACY), Defendants Harvard University (due to its institutional knowledge of the custom), and the Attorney General of Massachusetts (due to the mandatory notice under FRCP 5.1) had prior knowledge of the

conspiracy and the impending constitutional deprivations yet failed to intervene or take any steps to prevent the commission of these wrongs.

COUNT VII: VIOLATION OF M.G.L. C. 12, § 11L ( MASSACHUSETTS CIVIL RIGHTS ACT)
The defendants interfered with the plaintiff's fundamental state constitutional right to liberty and family integrity (Article 14 of the Massachusetts Declaration of rights), by threats, intimidation, and coercion. Coercion, The use of the warrantless seizure and the threat of permanent family separation, executed by agents acting under the color of law, constitutes the necessary coercion to sustain this state civil rights claim, subjecting the private institutional defendants to state liability.

COUNT VIII: CONSTITUTIONAL EMERGENCY: VIOLATION OF RIGHT TO IDENTITY, TRAVEL, AND ACCESS TO EMPLOYMENT, The established legal identity, established of new legal identity. The Plaintiff, formerly known as Frederick Angelo Connie, has legally established his identity as Greenhouse Irrevotrust Ucconethreeoeight pursuant to a valid Judge Court Decree. The Plaintiff no longer utilizes or relies upon the birth certificate, former name, or social security number previously associated with the former identity Frederick Angelo Connie. Denial of Fundamental Liberty, The Plaintiff was subsequently denied fundamental federal identification documents, specifically the United States Passport (Right to Travel) and the Transportation Worker Identification Credential (TWIC) Card (Right to Earn a Living in interstate commerce). This denial constitutes a direct, immediate, and ongoing deprivation of fundamental liberty interests protected by the United States Constitution.

RECONSTRUCTION ERA VIOLATION AND IRREPARABLE HARM, Violation of Right To Travel *(Kent V. Dulles)*: The right to travel abroad, and by extension, the right to secure the means to travel (the passport) and earn a living in commerce (the TWIC card), is a fundamental liberty interest protected by the Fifth and Fourteenth Amendments' Due Process Clauses. The denial of these documents, predicated upon the underlying RICO Enterprise and the systematic obstruction alleged herein, is a continuation of the unconstitutional conspiracy.

KKK ACT DENIAL OF CITIZENSHIP RIGHTS, The denial of these essential identifying documents is an ongoing violation of the Reconstruction Era Mandates and Ku Klux Klan Enforcement Act (42 U.S.C.§ 1985). The Enterprise, having unlawfully seized the plaintiff's family under the color of law, now completes the act of oppression by denying the Plaintiff his recognized legal identity and his ability to function as a full citizen, mirroring the systemic attempts during the Reconstruction Era to deny Black citizens the full Privileges and immunities of citizenship.

IRREPARABLE CONSTITUTIONAL EMERGENCY, The denial of these documents prevents the Plaintiff from securing his lawful livelihood and subjects him to immediate, irreparable harm for which there is no adequate remedy at law. The denial of the TWIC card and Passport is an ongoing constitutional injury that must be immediately enjoined.

ROCKLAND TRUST'S OBSTRUCTION OF ECONOMIC LIBERTY, The Plaintiff, Greenhouse Irrevotrust Ucconethreeoeight, denied financial system Rockland Trust Boston South End Branch. The basis for this denial was the plaintiff's inability to provide a Social Security card and Number, a demand that arbitrarily ignores the Plaintiff's valid Judge Court Decree establishing the new legal identity.

UNCONSTITUTIONAL DEPRIVATION OF ECONOMIC ACCESS, The denial of a basic bank account is a direct, ongoing deprivation of the Plaintiff's economic liberty and Right to Contract under the Fourteenth Amendment's Due Process and Privileges and Immunities Clauses. Access to the financial system is a prerequisite for functioning in modern commerce and is inextricably linked to the Right to Earn a Livelihood. Rockland Trust's policy, as enforced by Ritchy St. Charles, subjects the Plaintiff to immediate, irreparable harm by preventing him from legally conducting commerce.

PRAYER FOR RELIEF

DEMAND FOR CONSTITUTIONAL EMERGENCY RELIEF( EMERGENCY RESTRAINING ORDER & INJUNCTION), Mandated financial Access, the immediate processing and opening of a bank account for the Plaintiff, Greenhouse Irrevotrust Ucconethreeoeight, by Rockland Trust (and its manager Ritchy St. Charles). The Court decree establishing the Plaintiff's legal identity shall be deemed sufficient documentation, and arbitrary requirement of a Social Security card/Number shall be enjoined as unconstitutional under these facts.

The plaintiff demands an immediate, ex parte Emergency Restraining Order (ERO) and a subsequent Preliminary and Permanent Injunction against the relevant Federal Agencies and the Defendants of the Enterprise, requiring the following. The Federal agencies and their respective heads, including Secretary of State Marco Rubio , Kristi Noem, Secretary of Homeland Security, Ha Nguyen McNeill, Administrator of the Transportation (TSA) are mandatorily enjoined and must comply with the Court's order. Federal agencies cannot ignore a valid judicial decree establishing the Plaintiff's legal identity. MANDATED IDENTIFICATION: The immediate processing and issuance of the United States Passport and the Transportation Worker Identification Credential (TWIC) Card under Plaintiff's legally decreed name: Greenhouse Irrevotrust Ucconethreeoeight.

DECLARATORY JUDGMENT: A binding ruling declaring that the denial of these documents, based on former identity or any information deprived from the RICO Enterprise, is an unconstitutional violation of the Plaintiff's fundamental Right to Travel and Due Process under the Fourteenth Amendment.

The Plaintiff asserts that the likelihood of success on the merits is guaranteed by the established facts of the RICO conspiracy, and the balance of equities weighs entirely in favor of granting this emergency relief to protect the Plaintiff's fundamental liberties.

**DEMAND FOR JUDGMENT, ASSET SEIZURE, AND POST-JUDGMENT RELIEF,**

The Plaintiff, Greenhouse Irrevotrust Ucconethreeoeight, demands judgment against all Defendants, jointly severally, as follows.

JUDGMENT AMOUNT: A judgment in the amount Three Hundred Million Dollars ($350,000,000.00) in compensatory damages and uncapped punitive damages for the constitutional violations, which shall be TREBLED under 18 U.S.C. § 1964(c) due to racketeering activities of the enterprise.

ASSET SEIZURE AND EXECUTION OF JUDGMENT: The Plaintiff demands that the execution of this judgment be immediately levied upon the following specific, identifiable assets, as these funds and accounts were maintained or derived by the Enterprise from the racketeering scheme:

Harvard University: The Harvard University Endowment and all unrestricted accounts held by the University or its affiliates.

SEIU LOCAL 509: The entire Union Treasury and all bank accounts utilized by the Union to collect dues and manage funds secured through the Enterprise's unconstitutional custom.

JBCC & CHA: All liquid bank accounts, investment assets, and financial holdings of the Judge Baker Children's Center (JBCC) Screening Service and the Cambridge Health Alliance (CHA).

LEGAL AUTHORITY FOR SEIZURE (RICO AND FRCP: RICO Forfeiture, Pursuant to 18 U.S.C. § 1964(a) and ( c ), the Court is empowered to compel the divestiture of the Enterprise's interest in its assets to prevent future racketeering. The Plaintiff is entitled to recover all losses directly traceable to the racketeering activity.

POST- JUDGMENT EXECUTION: Execution upon this judgment shall be governed by FRCP 69, which mandates that the Court use the procedure of the state where the court is located, guaranteeing the seizure of the assets listed above.

ADDITIONAL PENALTIES (FALSE CLAIMS ACT): As the underlying predicate act involved the double billing and fraudulent claims against the federal government (Title IV-E funds), the Defendants are additionally liable for civil penalties and damages under the False Claims Act(31 U.S.C § 3729 et, seq.)

CONSTITUTIONAL PRECEDENT (VESTED PROPERTY RIGHT): this judgment, once entered, constitutes a vested property right of the Plaintiff under the Fifth and Fourteenth Amendments of the U.S. constitution, which cannot be arbitrarily denied or impaired. The Court must enforce the judgment to provide the complete and violations suffered.

MANDATORY EXECUTION VIA U.S. MARSHALS SERVICE (USMS JURISDICTION): The Plaintiff demands that this Court, pursuant to FRCP 69 (Execution of Judgment) and 28 U.S.C § 566(c)

(Powers and Duties of the U.S. Marshals Service), immediately authorize and direct the U.S. Marshal's service to execute this judgment.

Greenhouse Irrevotrust Ucconethreeoeight
623-295-6134, frederickac7@gmail.com   4315 w. Commerce dr Lafeyatte, IN 47503